No. 04–9664. Fields v. Crawford, Director, Nevada Department of Corrections. C. A. 9th Cir. Certiorari denied.

No. 04–9679. Krassner v. Whiting. C. A. 3d Cir. Certiorari denied.

No. 04–9680. Wiebelhaus v. Texas. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 04–9682. Walker v. Covington. Ct. App. N. Y. Certiorari denied.

No. 04–9684. Warren v. Bruce, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 04–9686. Williams v. Crosby, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 04–9693. Szabo v. Seabold, Warden. C. A. 6th Cir. Certiorari denied.

No. 04–9696. Ali v. Housing Authority of the City of Paterson. C. A. 3d Cir. Certiorari denied.

No. 04–9706. Smith v. Akerlind. Ct. App. Mich. Certiorari denied.

No. 04–9709. Cole v. Missouri. Sup. Ct. Mo. Certiorari denied.

No. 04–9711. Mathis v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 04–9716. Cloutier v. Costco Wholesale Corp. C. A. 1st Cir. Certiorari denied.

No. 04–9718. Carless v. Berghuis, Warden. C. A. 6th Cir. Certiorari denied.

No. 04–9720. Shelby v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.